UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT SLOAN,<br><br>            Petitioner,<br><br>  v.<br><br>ROSANNE CAMPBELL, Warden,<br><br>            Respondent. | 1:05-CV-01467 AWI SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #14]<br><br>ORDER DENYING RESPONDENT'S MOTION TO DISMISS<br>[Doc. #6]<br><br>ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On May 23, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 23, 2006, is ADOPTED IN FULL;

2. Respondent's Motion to Dismiss is DENIED; and

3. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:  July 22, 2006**                        /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE