UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVE ROBERT SLOAN, | ) | 1:05-CV-01467 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING RESPONDENT'S |
| | ) | MOTION FOR LEAVE TO FILE MOTION FOR |
| | ) | RECONSIDERATION |
| v. | ) | [Doc. #18] |
| | ) | |
| | ) | ORDER GRANTING RESPONDENT LEAVE |
| | ) | TO FILE A REPLY TO PETITIONER'S |
| | ) | RESPONSE TO RESPONDENT'S MOTION |
| ROSEANNE CAMPBELL, Warden, | ) | FOR RECONSIDERATION |
| | ) | |
| Respondent. | ) | ORDER STAYING ORDER TO RESPOND |
| | ) | [Doc. #16] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 23, 2006, the undersigned issued a Findings and Recommendation that recommended Respondent's motion to dismiss the petition for violating the statute of limitations be denied. The District Court adopted the Findings and Recommendation in full and denied Respondent's motion on July 24, 2006. On July 27, 2006, the undersigned issued an order directing Respondent to file an answer to the petition.

On September 22, 2006, Respondent filed a motion for leave to file a motion for reconsideration. On the same date, Respondent submitted his motion for reconsideration. Petitioner filed a response to Respondent's motion on October 10, 2006.

Respondent states she inadvertently failed to file objections to the Findings and

1  Recommendation due to clerical error. Respondent states the office paralegal did not receive a copy
2  of the pleadings because of faulty processing, and further states the operations process is being
3  reformed to minimize reoccurrences of such clerical errors. Respondent seeks reconsideration of the
4  order denying her motion based on newly discovered evidence in the form of prison mail logs.
5  Respondent contends the prison mail logs demonstrate Petitioner submitted his federal petition to
6  prison authorities for mailing on November 14, 2005.

7  Petitioner opposes Respondent's motion for leave to move for reconsideration. Petitioner
8  contends Respondent's assertion of clerical error is implausible.  Petitioner further contends
9  reconsideration should be denied because he submitted his federal petition on the date he signed it, to
10 wit, October 21, 2005. He contends that although the prison mail logs show his mail was processed
11 on November 14, 2005, he submitted it to prison authorities on October 21, 2005. He alleges it is the
12 policy and procedure at his institution that prison staff must witness and verify the signature and date
13 of documents that are to be mailed prior to sealing them in an envelope. Petitioner apparently implies
14 that prison staff witnessed and verified his signature and the date of signing of October 21, 2005, at
15 the time they processed his federal petition for mailing.

16 The Court finds good cause to excuse Respondent's clerical error and grant Respondent leave
17 to move for reconsideration. There is no indication that Respondent willfully disregarded court
18 deadlines. Clerical errors often occur, for all parties including this Court. Indeed, it is precisely
19 Petitioner's point that the Attorney General's office handles thousands of appellate documents and
20 pleadings that lends credence to Respondent's assertion.

21 Accordingly, Respondent's motion for leave to file her motion for reconsideration is
22 GRANTED. The Court will consider the motion for reconsideration filed on September 22, 2006,
23 and Petitioner's response thereto filed on October 10, 2006. Respondent is GRANTED fifteen (15)
24 days from the date of service of this order to file a reply to Petitioner's response. Further, the order to
25 respond dated July 27, 2006, is hereby STAYED.

26  IT IS SO ORDERED.

27 **Dated:   October 23, 2006**              **/s/ Sandra M. Snyder**
   icido3                                    UNITED STATES MAGISTRATE JUDGE
28